UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN MARTIN, et al.,<br><br>    Defendants. | No. 1:21-cv-00941-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 9) |

Plaintiff David Evans is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 13, 2021, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed as duplicative of a previously-filed case, *Evans v. Martin*, No. 1:21-cv-00093-DAD-BAM. (Doc. No. 9). The findings and recommendations also recommended that plaintiff's pending motion to proceed *in forma pauperis* (Doc. No. 2) be denied as having been rendered moot. (*Id.* at 1, 4.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 4.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 13, 2021 (Doc. No. 9) are adopted in full;
2. This action is dismissed as duplicative of *Evans v. Martin*, No. 1:21-cv-00093-DAD-BAM;
3. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) in this case be denied as moot; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 23, 2021**

UNITED STATES DISTRICT JUDGE

2